*Dan^l Sutherland*
*vs*
*Francis Lasselle*
*Jas. Lasselle &*
*George Meldrum*
in debt

filed in Court 16 Sept^ber 1816

Sol Sibley Aty

IN THE SUPREME COURT OF MICHIGAN OF THE TERM OF SEPTEMBER 1816

Daniel Sutherland, Curator &^c vs James Lassele, Francis Lassele and George Meldrum — in a plea of Debt &^c

And the said Francis Lassele and George Meldrum, by Sol Sibley their Attorney, come into Court here this Sixtenth day of September 1816. And pray the judgment of the Court On the Plaintiffs writ and declaration aforesaid and that the same may be abated, because they say that Since the Plaintiff Sued out his said writ, and since the last continuance of the above action, Towit on the Tenth day of Dcember 1815, at the District of Erie in the Territory of Michigan, James Lassele One of the Defendants, named in the writ sued out by the Plaintiff, against the said James Francis and George, did die and depart this life and is now dead, which the Said Francis and George are ready to verify and prove &^c Wherefore the said Francis & George for the Cause aforesaid pray judment of the Court upon the writ and declaration afores^d so sued out and prosecuted as afores^d and that the same for the Cause afores^d may be abated, and the said Francis & George therof and therefrom discharged &^c and that they have their Costs &^c.

SOL SIBLEY At^y
for Francis Lassele
& George Meldrum

[In the handwriting of Solomon Sibley]